WILBORN & ASSOCIATES, P.C.
**TIM WILBORN**, ATTORNEY AT LAW — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'05 MAY 02 13:56USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TOBI SAWYER,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV 02-1687-JE

ORDER

Attorney fees in the amount of $12,257.75 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $6,503.21, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $5,754.54, minus the user fee. Any withheld amount remaining (including the EAJA fee offset) after all attorneys fees are paid should be released to the claimant.

    DATED this ___ day of ____May____, 2005.

                                                  _____
                                                  United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1